UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: 9:18-CR-80029

FILED BY PG
APR 21 2020

__Pender Senatus__
(Write the full name of the plaintiff)

vs.

__Gerardo Lopez, David Saques__

__Hank Suntunen__

__U.S. Marshal Service & BSO (TFO)__

__Fort Lauderdale Police Dept__
(Write the full name of the defendant/s in this case)

cat/div __550/1983/FTL__
Case # _____
Judge _____ Mag. __REID__
Motn ifp __YES__   Fee pd $ __0__
Receipt # _____

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. Party Information

A. Plaintiff: __Pender Senatus__

Address: __3691 NW 28ct Lauderdale Lakes, 33311__

Inmate/Prison No.: __# 50170 29 29__

Year of Birth: __1981__ (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: __G. Lopez__   Defendant: __David Saques__
Official Position: __TF Officer__   Official Position: __TF Officer__
Place of Employment: __Fort Lauderdale PD / "BSO" TFO__   Place of Employment: __Fort Lauderdale PD / "BSO" TFO__

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

Defendant: __Hank Suntunen__

Official Position: __TF Officer__

Place of Employment: __Fort Lauderdale PD / "BSO" TFO__

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not iclude legal arguments or cite cases or statutes. Attach additional pages, if necessary.

On July 25 2017 I Pender Senatus was brutality beaten by 3 of Fort lauderdale / BSO (TFO) police officers. Gerardo Lopez, David Jaques and Hank Suntunen. I suffered major injuries to the head which resulted in black outs and memory loss, as well as all my front teeth, are knocked out. I was found not Guilty in trial.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I am Respectfully requesting monetary damages for up to 5 million U.S. dollars. and I am also willing to settle prior to trial through a certified mediator and request that the clerk of court appoint one if the parties cannot agree on a mediator.

_____

_____

## IV. Jury Demand

Are you demanding a jury trial?    ✓ Yes    ___ No

Signed this ___8___ day of _March_, 20 _20_

*Pender Senatus*
_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: _March 18, 2020_

*Pender Senatus*
_____
Signature of Plaintiff

Gerardo Lopez Detective of Broward County Sheriffs Office ("BSO") SWAT/Fugitive Unit Special Deputy United States Marshal ("TFO") Florida Caribbean Regional Fugitive Task Force of the US Marshals Service

David M Jaquez Detective of Broward County Sheriffs Office (BSO) SWAT/Fugitive Unit Special Deputy United States Marshal (TFO) Florida Caribbean Regional Fugitive Task Force of United States Marshals Service

Hank R. Juntunen of Broward County Sheriff's Office ("BSO") SWAT/Fugitive Unit Special Deputy United States Marshal (TFO) Florida Caribbean Regional Fugitive Task Force of United States Marshals Service

NOT Sure if They are Ft Lauderdale I Think "BSO"

Pender Senatus #
3691 NW 28th Ct
Lauderdale Lakes 33311

United States District Court
Southern District of Florida
400 North Miami Avenue 8 NO
Miami Fl. 33128-7716

Royal Palm P&DC 330
FRI 17 APR 2020

