UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60818-CIV-SMITH/REID

PENDER SENATUS,

    Plaintiff,

vs.

GERARDO LOPEZ, *et al.,*

    Defendants.

_____/

## ORDER AFFIRMING AND ADOPTING IN PART REPORT OF MAGISTRATE JUDGE

This matter came before the Court upon the Report of Magistrate Judge [DE 6] and Plaintiff's Objections to Report of Magistrate Judge [DE 10]. In the Report, the Magistrate Judge recommends dismissing Plaintiff's unlawful use of force claim for failure to state a claim upon which relief can be granted under 28 U.S.C. § 1915(e), judgment be entered in Defendants' favor and the matter be closed. On June 23, 2020, Plaintiff objected to the Report [DE 10], asserting that as a *pro se* Plaintiff, he should be held to a less stringent standard.[1] Having reviewed, *de novo*, the Report and the record, it is

**ORDERED** that:

1) The Report of Magistrate Judge [DE 6] is **AFFIRMED and ADOPTED in part** and incorporated by reference into this Court's Order.

2) Plaintiff's unlawful use of force claim is **DISMISSED** for failure to state a claim upon which relief can be granted under 28 U.S.C. § 1915(e). Plaintiff is permitted to amend his

---

[1] Although Plaintiff filed an objection to the Report, he does not make any legal arguments rebutting the Magistrate Judge's findings. (*See generally* Obj.)

1

Complaint, if he so chooses, by October 29, 2020. Plaintiff is warned that failure to amend his Complaint by this date may result in dismissal of the action under 28 U.S.C. § 1915(e).

**DONE and ORDERED** in Fort Lauderdale, Florida, this 29th day of September 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   *Pro Se* Plaintiff and Counsel of Record