UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No. 20-60818-CIV-SMITH/REID

PENDER SENATUS,
    PLAINTIFF,

v.                                          AMENDED COMPLAINT

GERARDO LOPEZ, ET AL.,
    DEFENDANTS.
_____/

FILED BY _____ D.C.
OCT 29 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

This is an Amended Complaint filed by Plaintiff, Pender Senatus, pursuant to the applicable Rules of Fed. R. Civ. Procedure and in compliance with Document #18 "Order Affirming and Adopting in Part Report of Magistrate Judge" [DE 6]. The Plaintiff files this Amended Complaint to cure any defects in his original complaint and to clearly state a claim upon which relief can be granted to avoid dismissal under 28 U.S.C. Section 1915(e).

## I. Jurisdiction & Venue

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation of rights, guaranteed, under color of law, secured by the Constitution of the United States. The Court has jurisdiction under applicable Fed. R. Civ. Procedure. Plaintiff seeks punitive, compensatory damages and declaratory relief under all applicable Fed. R. Civ. Procedure.

2. The Southern District of Florida is an appropriate venue because it is where the events giving rise to this claim occurred.

## II. Facts

3. On July 25, 2017, Plaintiff was sitting in his driveway located at 702 S.W. 2 Street in Delray Beach, Florida communicating via cellular phone with his sister, Wilmine Senatus. As Plaintiff stood up to walk inside of his residence, behind him he heard a loud command scream "Don't move! Don't run!" The sudden screams and commands scared Plaintiff enough to force him to turn around, and it was at this time that he realized the screams and commands were coming from officers.

4. Before Plaintiff could say anything or react, he was attacked by an officer jumping on him, which caused him to fall to his knees.

-1-

THE OFFICER THEN TURNED HIM OVER ONTO HIS STOMACH WHILE THE ENTIRE TIME PLAINTIFF REPEATEDLY ASKED "WHAT DID I DO?"

5. WHILE LYING FACE DOWN ON THE GROUND HE SUDDENLY HEARS AN OFFICER SCREAM "HE GOT A GUN, HE GOT A GUN!" PLAINTIFF WAS STILL FACE DOWN ON THE GROUND, WITH AN OFFICER ATOP OF HIM, ON HIS BACK, WITH RIGHT WRIST HANDCUFFED AND HIS LEFT WRIST BEING PLACED IN HANDCUFFS. DESPITE PLAINTIFF'S INABILITY TO RESIST, BEING HANDCUFFED WITH AN OFFICER ATOP OF HIS BACK, SEVERAL OFFICERS BEGAN PUNCHING AND KICKING HIM, WHILE SCREAMING "STOP RESISTING! STOP RESISTING!" CREATING A FALSE PRETEXT OF JUSTIFICATION FOR THEIR UNNECESSARY UNWARRANTED EXCESSIVE USE OF FORCE.

6. NEVERTHELESS, PLAINTIFF RESPONDED TO THE OFFICERS SAYING "I'M NOT RESISTING, I'M NOT RESISTING!" FEARING THE OFFICERS WERE GOING TO KILL HIM AND JUSTIFY HIS MURDER BY FALSELY SCREAMING THAT HE WAS RESISTING WHEN HE WAS FULLY RESTRAINED AND SURROUNDED BY OFFICER WHILE LYING ON HIS BACK.

7. PLAINTIFF ATTEMPTED TO LIE AS STILL AS POSSIBLE HOPING THE BEATING WOULD SOON BE OVER. BUT IT CONTINUED. WHILE HANDCUFFED, LYING ON HIS STOMACH ON THE GROUND, PLAINTIFF WAS CONTINUOUSLY PUNCHED AND KICKED NEARLY TO THE POINT OF UNCONCIOUSNESS. PLAINTIFF'S ONLY DEFENSE WAS TO TURN HIS HEAD IN THE OPPOSITE DIRECTION FROM THE OFFICER'S PUNCHES AND KICKS TO HIS FACE, BUT EVEN THAT PROVED FUTILE AS ONE OF THE TASK FORCE OFFICERS KICKED HIM IN THE MOUTH CAUSING HIM TO SWALLOW A TOOTH.

8. THE OFFICERS CONTINUED TO KICK AND PUNCH HIM "RODNEY KING STYLE" AS HE LAY HANDCUFFED LYING ON HIS STOMACH. SUDDENLY HE WAS RAISED TO HIS KNEES, WEAK, BLOODY AND HEAD HURTING SEVERLY, HIS MOUTH WAS FULL OF BLOOD AND AS HE TRIED TO TALK HE COULD FEEL SEVERAL MORE TEETH FALL OUT OF HIS MOUTH, ONE AT A TIME, ON TO THE GROUND.

9. THE OFFICERS THEN DRUG HIM TO THE FRONT OF THE CAR PORCH, AT WHICH TIME THEY PURPOSELY DROPPED HIM FACE FIRST ONTO THE PAVEMENT, DESPITE PLAINTIFF BEING HOG-TIED HAND AND FOOT.

10. WHILE HANDCUFFED AND HOG-TIED ON THE GROUND AN OFFICER CAME UP TO PLAINTIFF AND AGAIN STRUCK HIM, WITH A CLOSED FIST, IN HIS FACE CALLING HIM A "NIGGER". THAT OFFICER WAS IDENTIFIED AS DEFENDANT G. LOPEZ.

11. AFTER BEING CARRIED TO A FIRE RESCUE TRUCK PLAINTIFF FINALLY PASSED OUT FROM HIS BRUTAL BEATING AND WAS TRANSPORTED TO AN AREA HOSPITAL.

12. As a result of the brutal beating sustained by the Defendants, Plaintiff suffered a broken nose, black eye, several hematomas (knots) all over his head and face, five (5) missing teeth, a fractured jaw and severe long-term, possibly permanent damage to his right arm.

13. Plaintiff is still unable to raise his arm over his head and frequently has nightmares of police officers beating, kicking and punching him disproportionately and unwarranted.

14. Plaintiff knows which officers participated in his brutal assault but due to his only defense of turning his head away from the blows in an attempt to shield his face, he is unaware of which officers threw the first or final blows. All officers named as Defendants are equally liable for damages because all Defendants named participated, encouraged and acted in concert together.

## III. Legal Claims

15. Plaintiff realleges and incorporates by reference paragraphs 1-14.

16. By Defendants, all named Defendants, disproportionately punching and kicking Plaintiff, while handcuffed and lying facedown on the ground, not resisting or in any way breaking any laws, the Defendants violated Plaintiff's 8th Amendment right through the 14th Amendment to be free from cruel and unusual punishment, and his 14th Amendment right to due process and equal protection of the law. The Defendants actions caused Plaintiff pain, suffering, physical injury, psychological harm, mental anguish and intentional infliction of emotional distress. All Defendants named acted in concert when violating Plaintiff's 8th and 14th Amendment rights under the United States Constitution, and all Defendants are liable for damages in this regard for their brutal excessive force.

17. By all named Defendants disproportionately punching and kicking Plaintiff, while hog-tied, hand and foot, on the ground, lying on his stomach, not resisting or able to resist, the Defendants violated Plaintiff's 8th Amendment right through the 14th Amendment right under the United States Constitution prohibiting cruel and unusual punishment by way of excessive force. The Defendants encouragement and failure to intervene states a claim of criminal and culpable negligence in

-3-

violation of Plaintiff's 8th through his 14th Amendment rights under the United States Constitution. The Defendants actions and inactions caused Plaintiff pain, suffering, physical injury, psychological harm, mental anguish and intentional infliction of emotional distress.

18. By Defendant officer G. Lopez striking Plaintiff with a closed fist, in his face, while he lay hog-tied on the ground; in addition to calling Plaintiff a "NIGGER" while committing that unlawful act, constitutes a hate crime under applicable federal laws and statutes as well as racial discrimination in violation of state and federal law. The Defendants actions violated Plaintiff's 8th and 14th Amendment rights under the United States Constitution and caused Plaintiff pain, suffering, physical injury, psychological harm, mental anguish and intentional infliction of emotional distress.

19. Plaintiff has no complete or adequate remedy at law to redress the wrongs described herein and will continue to be irreparably injured by that acts of Defendants unless this court grants the declaratory relief requested herein.

## IV. Prayer For Relief

WHEREFORE, Plaintiff requests this Court enter judgment granting Plaintiff:

20. A declaration stating the Defendants acts and omission described herein violate Plaintiff's Constitution Rights, under Federal and State Law, under the United States.

21. Punitive damage in the amount of $100,000.00 against each Defendant, jointly and severally.

22. Compensatory damages in the amount of $100,000.00 against each Defendant, jointly and severally.

23. Punitive and compensatory damages in the amount of $50,000.00 against Defendant officer G. Lopez, separately.

24. Compensatory damages against each Defendant in the amount of $20,000.00 for dental replacements.

25. Compensatory damages against each defendant in the amount of $20,000.00 for any medical and physical therapy.
26. The costs in this suit, if any.
27. A jury trial on all issues triable by jury.
28. And any other relief this court deems just, proper and equitable.

DATED: October 22, 2020

Respectfully Submitted;

_____
Pender Senatus

VERIFICATION

I hereby verify that the foregoing is true, correct and complete under penalty of perjury, and that I have read the foregoing and the contents alleged herein are true.

EXECUTED AT Fort Lauderdale, Florida on:
October 22, 2020 A.D

Pender Senatus
PENDER SENATUS #501702929
BROWARD MAIN JAIL
P.O. BOX 9356
FT. LAUDERDALE, FLORIDA 33310

-5-

# PRIORITY MAIL EXPRESS™

OUR FASTEST SERVICE IN THE U.S.



WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EP13F July 2013  OD: 12.5 x 9.5

PS10001000006

## UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( ) 754 244-9672

Render Senatus
Main Jail 501702439
P.o Box 9356
Ft Lauderdale Fla
33310

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT)   PHONE ( )

United States District Court
Southern Districtof Florida
400 N miami AVe
miami, Florick 33128

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

↙ PEEL FROM THIS CORNER

EJ 487 458 124 US

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO |
| PO ZIP Code | Scheduled Delivery Date | Postage |
| 33310 | 10/29/10 | $ 26.35 |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☒ 3:00 PM ☐ 12 NOON | Insurance Fee | COD Fee |
| 10/28/20 | | | |
| Time Accepted ☐ AM ☒ PM | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
| Weight ☐ Flat Rate | Acceptance Employee Initials | $ 26.35 |
| 3 lbs | USPS INSPECTED | |

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) Time ☐AM ☐PM | Employee Signature
Delivery Date (MM/DD/YY) Time ☐AM ☐PM | Employee Signature

LABEL 11-B, MARCH 2019   PSN 7690-02-000-9996



**UNITED STATES POSTAL SERVICE®**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

† Money Back Guarantee for U.S. destinations only.

♻ This envelope is made from post-consumer waste. Please recycle - again.