**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  20-60818-CIV-SMITH/REID**

PENDER SENATUS,

      Plaintiff,

vs.

GERARDO LOPEZ, *et al.*,

      Defendants.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter came before the Court upon the Report of Magistrate Judge Reid [DE 28] (the "Report"), in which she recommends that the Amended Complaint [DE 25] proceed against all Defendants.  No objections have been filed to the Report.  Having reviewed, *de novo*, the Report and the record, and given that there are no objections, it is

      **ORDERED** that:

      1.     The Report of Magistrate Judge Reid [DE 28] is **AFFIRMED and ADOPTED**, and incorporated by reference into this Court's Order; and

      2.     The Amended Complaint [DE 25] may **PROCEED** against all Defendants. Defendants shall file their responses to the Amended Complaint no later than **February 25, 2021.**

      **DONE and ORDERED** in Fort Lauderdale, Florida, this 11th day of February 2021.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:     All Counsel of Record