UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _PG_ D.C.

JUL 16 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Pender Senatus,
    Plaintiff,

v.                                          Case No.: 0:20-CV-60818

Gerado Lopez, et al.,
    Defendants.

## MOTION WHY NOT TO DISMISS PLANTIFF'S COMPLAINT

I, Pender Senatus, the Plantiff herein, ask this court not to grant Defendants Motion to Dismiss plantiff's complaint due to the Facts herein mentioned

## I. FACTS

1. During the Plantiff's trial on 4 Counts of Battery on a U.S. Marshall which he was ultimately found not guilty on by Jury Trial, defendants admitted on record in Trial while on the testimony stand that they beat, punched & kicked Plantiff after Plantiff was already in hand cuffs on the ground which ultimately caused & was the cause of Plantiff having more than a **multiple** of his teeth knocked out of his mouth.

2. Plantiff suffers serious brain injury & memory loss after Defendants abuse of power & Excessive Extreme use of force on Plantiff which sadly leaves Plantiff with no other chance but to receive legal help on/with his complaint against Defendants.

3. Plantiff's access to legal material/law library to help Plantiff with complaint is limited without the proper help of one who's more experienced in the law, which leaves plantiff with no other chance but to seek/receive outside help due to Plantiff's limited access to legal material/law library, brain injury due/caused by Defendants Excessive Force beatdown on Plantiff while in hand cuffs even though Plantiff is now Pro Se.

4. For this court to grant Defendants motion to dismiss Plantiff's complaint due to the Defendants claim that it seems Plantiff's complaint seems to be written up by someone other than Plantiff due to the sophisticated legal citations of codes etc is to be prejudice against Plantiff & his complaint. Regardless of who wrote it up for Plantiff (if that was the case), it was brought before this court true & correct & to seek redress, monetary damages & justice.

   Therefore, I ask this court not to grant Defendants Motion to Dismiss Plantiff's complaint as these claim is prejudice & it far fetched try to deter Justice from being served. According to 42 U.S.C. Section 1997(c)(2) it states: "In the event that a claim ~~upon which he~~ is, on its face, frivolous, malicious, fails to state a claim upon which relief from a Defendant who is immune from such relief, the court may dismiss the underlying claim without first requiring the exhaustion of administrative remedies".

   The Plantiff's complaint against the Defendants was none of the above mentioned in 42 U.S.C. Section 1997(c)(2). Wherefore, this court should not move in granting Defendants motion.

                    Respectfully Submitted, Pender Senatus 501703829
                    Address: P.O. Box 9356
                    Ft Lauderdale FL 33310

Render Senatus 540708999
P.O. Box 9356
Ft.Lauderdale,FL 33310

MIAMI FL 330
13 JUL 2021   PM 2  L

This letter originates from a Broward
County Jail Facility. Inmate mail is
uncensored and the Sheriff cannot
assume responsibility for its contents

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK-ROOM 8N09
400 North Miami Avenue
Miami,Florida 33128-7716

33128-180294

JUL 16 2021
1:01 PM

RECEIVED

USMS
INSPECTED

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019