UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60818-CV-SMITH

PENDER SENATUS,

    Petitioner,

v.

GERARDO LOPEZ, et al.,

    Respondent.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Report of Magistrate Judge [DE 54], in which she recommends that Defendants' Motion to Strike Amended Complaint [DE 50] be denied.

To "challenge the findings and recommendations of the magistrate, a party must . . . [file] written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989). "Upon receipt of objections meeting the specificity requirement set out above . . . [the district court] . . . make[s] a *de novo* determination of those portions of the report, proposed findings, or recommendation to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate." *Id.* "The district judge reviews legal conclusions *de novo*, even in the absence of an objection." *Lacy v. Apfel*, No. 2:97-CV-153-FTM-29D, 2000 WL 33277680, at *1 (M.D. Fla. Oct. 19, 2000) (citing *Cooper–Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994)).

Neither party has filed objections to the Report of Magistrate Judge. The Defendants have filed a notice of no objections. Having reviewed, *de novo*, the Report of Magistrate Judge and the record, and given that there are no objections, it is

ORDERED that

1) The Report [DE 54] is **AFFIRMED AND ADOPTED;**

2) The Motion to Strike [DE 50] is **DENIED**.

3) The Defendants shall file an answer to the Amended Complaint within twenty days of entry of this order.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 15th day of November 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:
Pender Senatus
B-L12331
South Florida Reception Center
Inmate Mail/Parcels
14000 NW 41st Street
Doral, FL 33178
PRO SE

Johnathan Douglas Lott
DOJ-USAO
500 E Broward Blvd, Suite 700
Fort Lauderdale, FL 33394
954-660-5931
Email: johnathan.lott@usdoj.gov8